# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-09009-RGK-MAA | Date | February 16, 2021 |
|---|---|---|---|
| Title | *Orlando Garcia v. Kenmore 3450, LLC et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On December 29, 2020, the Court issued an Order whereby Plaintiff was ordered to file Plaintiff's Case Statement within fourteen (14) days, or by January 12, 2021. (ECF No. 16). To date, Plaintiff has failed to file his Case Statement.

Accordingly, the Court **ORDERS** Plaintiff to show cause in writing as to why this case should not be dismissed for failure to prosecute. Failure to adequately respond to this order by **Friday, February 19, 2021 at 4:00 p.m.** will result in the immediate dismissal of Plaintiff's Complaint.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer

_____